UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 12-38995 |
| ) | |
| ROBSON, LAWRENCE L. ) | |
| ROBSON, PATRICIA ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on June 25, 2013 in Courtroom 615**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  May 23, 2013                By:  /s/ Richard M. Fogel
                                             Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawfishman.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: ROBSON, LAWRENCE L | § | Case No. 12-38995 |
| ROBSON, PATRICIA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $    6,806.75

*and approved disbursements of*      $    20.42

*leaving a balance on hand of* [1]      $    6,786.33

**Balance on hand:**      $    6,786.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:      $    0.00
Remaining balance:      $    6,786.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,430.68 | 0.00 | 1,430.68 |

Total to be paid for chapter 7 administration expenses:      $    1,430.68
Remaining balance:      $    5,355.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:      $    0.00
Remaining balance:      $    5,355.65

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,355.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,615.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (HSBC) | 3,206.95 | 0.00 | 332.77 |
| 2 | Discover Bank | 10,706.85 | 0.00 | 1,110.96 |
| 3 | PYOD, LLC its successors and assigns as assignee | 988.01 | 0.00 | 102.52 |
| 4 | Capital One Bank (USA), N.A. | 3,132.47 | 0.00 | 325.03 |
| 5 | Capital One, N.A. | 2,195.44 | 0.00 | 227.80 |
| 6 | Bureaus Investment Group Portfolio No 15 LLC | 14,581.26 | 0.00 | 1,512.97 |
| 7 | eCAST Settlement Corporation, assignee | 11,350.23 | 0.00 | 1,177.71 |
| 8 | Portfolio Recovery Associates, LLC | 5,453.81 | 0.00 | 565.89 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,355.65 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Lawrence L Robson  
Patricia Robson  
    Debtors

Case No. 12-38995-JSB  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: adragonet | Page 1 of 3 | Date Rcvd: May 24, 2013 |
|---|---|---|---|
| | Form ID: pdf006 | Total Noticed: 29 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2013.

```
db/jdb        +Lawrence L Robson,    Patricia Robson,    3626 Scoville Avenue,    Berwyn, IL 60402-3880
20118952       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
19512552       Capital One Bank (USA), N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
20200806       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19512553      +Charter One,    P.O. Box 7000,    Providence, RI 02940-7000
19512554       Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
19512551       David M Spala,    946 S Oak Park Avenue,    Oak Park, IL 60304-1923
19512557       HSBC Card Services,    P.O. Box 88000,    Baltimore, MD 21288-0001
19512558      #HSBC Card Services,    P.O. Box 17332,    Baltimore, MD 21297-1332
19512559       HSBC Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
19512556       Home Depot Credit Services,    P. O. Box 182676,    Columbus, OH 43218-2676
19512561      +Musicians Friend,    HSBC Retail Servcies,    P.O. Box 17602,    Baltimore, MD 21297-1602
20489854     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
                successor to GE CAPITAL RETAIL BANK,    PO Box 41067,    Norfolk, VA 23541)
19512564      +RBS Citizens, N.A.,    1 Citizens Drive,    Riverside, RI 02915-3000
19512563       RBS Citizens, N.A.,    P.O. Box 7092,    Bridgeport, CT 06601-7092
19512549      +Robson Lawrence L,    3626 Scoville Avenue,    Berwyn, IL 60402-3880
19512550      +Robson Patricia,    3626 Scoville Avenue,    Berwyn, IL 60402-3880
19512566       Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
19512567       Shell,    P.O. Box 183018,    Columbus, OH 43218-3018
20429328       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19744623      +E-mail/Text: bnc@atlasacq.com May 25 2013 02:20:49    Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
20050604      +E-mail/Text: bnc@atlasacq.com May 25 2013 02:20:50    Atlas Acquisitions LLC (HSBC),
                294 Union St.,    Hackensack, NJ 07601-4303
20342252       E-mail/PDF: rmscedi@recoverycorp.com May 25 2013 07:23:12
                Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19512555       E-mail/PDF: mrdiscen@discoverfinancial.com May 25 2013 07:11:02    Discover,    P.O. Box 6103,
                Carol Stream, IL 60197-6103
20054134       E-mail/PDF: mrdiscen@discoverfinancial.com May 25 2013 07:11:02    Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19512560       E-mail/Text: bnckohlsnotices@becket-lee.com May 25 2013 01:17:13    Kohl's,
                Kohl's Payment Center,    P.O. Box 2983,    Milwaukee, WI 53201-2983
19512562       E-mail/Text: jdean@oaktrust.com May 25 2013 03:03:33    Oak Trust Credit Union,
                1811 W. Diehl Road - Ste 700,    Naperville, IL 60563-6425
20085835      +E-mail/Text: resurgentbknotifications@resurgent.com May 25 2013 01:06:25
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19512565       E-mail/PDF: gecsedi@recoverycorp.com May 25 2013 07:16:32    Sam's Club/GECRB,    P.O. Box 530942,
                Atlanta, GA 30353-0942
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: adragonet            Page 2 of 3               Date Rcvd: May 24, 2013
                              Form ID: pdf006            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2013**             **Signature:**        _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: adragonet            Page 3 of 3           Date Rcvd: May 24, 2013
                              Form ID: pdf006            Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2013 at the address(es) listed below:

        David M. Spala    on behalf of Joint Debtor Patricia  Robson davidmspala@cs.com
        David M. Spala    on behalf of Debtor Lawrence L Robson davidmspala@cs.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com

        TOTAL: 4