# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: ROBSON, LAWRENCE L § Case No. 12-38995
ROBSON, PATRICIA §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $238,288.52            Assets Exempt: $112,688.52
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,355.65     Claims Discharged
                                               Without Payment: $89,437.87

Total Expenses of Administration: $1,451.10

---

   3) Total gross receipts of $ 6,806.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,806.75 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $175,003.32 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,451.10 | 1,451.10 | 1,451.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 92,736.46 | 51,615.02 | 51,615.02 | 5,355.65 |
| **TOTAL DISBURSEMENTS** | $267,739.78 | $53,066.12 | $53,066.12 | $6,806.75 |

4) This case was originally filed under Chapter 7 on September 30, 2012. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/01/2013          By: /s/RICHARD M. FOGEL
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Income Tax Refunds | 1124-000 | 6,806.75 |
| **TOTAL GROSS RECEIPTS** | | **$6,806.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | RBS Citizens, N.A. | 4110-000 | 76,441.13 | N/A | N/A | 0.00 |
| NOTFILED | Charter One | 4110-000 | 98,562.19 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$175,003.32** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,430.68 | 1,430.68 | 1,430.68 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.42 | 10.42 | 10.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,451.10** | **$1,451.10** | **$1,451.10** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (HSBC) | 7100-000 | 3,281.46 | 3,206.95 | 3,206.95 | 332.77 |
| 2 | Discover Bank | 7100-000 | 10,706.85 | 10,706.85 | 10,706.85 | 1,110.96 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 936.07 | 988.01 | 988.01 | 102.52 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 3,106.86 | 3,132.47 | 3,132.47 | 325.03 |
| 5 | Capital One, N.A. | 7100-000 | 2,195.44 | 2,195.44 | 2,195.44 | 227.80 |
| 6 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | 14,009.37 | 14,581.26 | 14,581.26 | 1,512.97 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | 9,833.73 | 11,350.23 | 11,350.23 | 1,177.71 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | 5,488.18 | 5,453.81 | 5,453.81 | 565.89 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 4,671.08 | N/A | N/A | 0.00 |
| NOTFILED | Musicians Friend HSBC Retail Servcies | 7100-000 | 3,112.71 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 12,711.89 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | 3,950.83 | N/A | N/A | 0.00 |
| NOTFILED | RBS Citizens, N.A. | 7100-000 | 10,249.20 | N/A | N/A | 0.00 |
| NOTFILED | Oak Trust Credit Union | 7100-000 | 8,482.79 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $92,736.46 | $51,615.02 | $51,615.02 | $5,355.65 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-38995  
**Case Name:** ROBSON, LAWRENCE L  
ROBSON, PATRICIA  
**Period Ending:** 08/01/13

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 09/30/12 (f)  
**§341(a) Meeting Date:** 11/26/12  
**Claims Bar Date:** 05/17/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single Family Residence at 3626 Scoville Avenue, Imported from original petition Doc# 10 | 129,000.00 | 0.00 | | 0.00 | FA |
| 2 | Joint checking account at Charter One Bank Imported from original petition Doc# 10 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Savings Account at Charter One Bank Imported from original petition Doc# 10 | 10.00 | 0.00 | | 0.00 | FA |
| 4 | Household furniture and furnishings Imported from original petition Doc# 10 | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary Wearing apparel of debtors Imported from original petition Doc# 10 | 250.00 | 0.00 | | 0.00 | FA |
| 6 | New York Life Insurance Policy on life of Co-Deb Imported from original petition Doc# 10 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Debtors Graphic Arts Union Pension Imported from original petition Doc# 10 | 98,000.00 | 0.00 | | 0.00 | FA |
| 8 | Western and Southern Life IRA owned By Co-Debtor Imported from original petition Doc# 10 | 4,778.52 | 0.00 | | 0.00 | FA |
| 9 | 2012 Income Tax Refunds Imported from original petition Doc# 10 | 6,000.00 | Unknown | | 6,806.75 | FA |
| 10 | 1999 Nissan Quest automobile Imported from original petition Doc# 10 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2001 Ford Explorer automobile Imported from original petition Doc# 10 | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets**  Totals (Excluding unknown values) | **$244,288.52** | **$0.00** | | **$6,806.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013    **Current Projected Date Of Final Report (TFR):**    May 23, 2013  (Actual)

Printed: 08/01/2013 12:58 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-38995 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ROBSON, LAWRENCE L | | **Bank Name:** | Rabobank, N.A. |
| | ROBSON, PATRICIA | | **Account:** | ****081366 - Checking Account |
| **Taxpayer ID #:** | **-***7325 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 08/01/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/07/13 | {9} | DAVID M. SPALA fbo LAWRENCE & PATRICIA ROBSON | Non-exempt portions of 2012 federal income tax refund ($6,014.00) and 2012 state income tax refund ($792.75) | 1124-000 | 6,806.75 | | 6,806.75 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,796.75 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.42 | 6,786.33 |
| 06/26/13 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,430.68, Trustee Compensation;  Reference: | 2100-000 | | 1,430.68 | 5,355.65 |
| 06/26/13 | 102 | Atlas Acquisitions LLC (HSBC) | 10.37% dividend on Claim # 1, Ref: 1607 | 7100-000 | | 332.77 | 5,022.88 |
| 06/26/13 | 103 | Discover Bank | 10.37% dividend on Claim # 2, Ref: 9305 | 7100-000 | | 1,110.96 | 3,911.92 |
| 06/26/13 | 104 | PYOD, LLC its successors and assigns as assignee | 10.37% dividend on Claim # 3, Ref: 4197 | 7100-000 | | 102.52 | 3,809.40 |
| 06/26/13 | 105 | Capital One Bank (USA), N.A. | 10.37% dividend on Claim # 4, Ref: 9132 | 7100-000 | | 325.03 | 3,484.37 |
| 06/26/13 | 106 | Capital One, N.A. | 10.37% dividend on Claim # 5, Ref: 3476 | 7100-000 | | 227.80 | 3,256.57 |
| 06/26/13 | 107 | Bureaus Investment Group Portfolio No 15 LLC | 10.37% dividend on Claim # 6, Ref: 8168 | 7100-000 | | 1,512.97 | 1,743.60 |
| 06/26/13 | 108 | eCAST Settlement Corporation, assignee | 10.37% dividend on Claim # 7, Ref: 1876 | 7100-000 | | 1,177.71 | 565.89 |
| 06/26/13 | 109 | Portfolio Recovery Associates, LLC | 10.37% dividend on Claim # 8, Ref: 6573 | 7100-000 | | 565.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,806.75 | 6,806.75 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,806.75 | 6,806.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $6,806.75 | $6,806.75 | |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****081366** | 6,806.75 | 6,806.75 | 0.00 |
| | $6,806.75 | $6,806.75 | $0.00 |

{} Asset reference(s)

Printed: 08/01/2013 12:58 PM     V.13.13